**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Richard John Martines and Dawn Marie Martines
**Adversary Title:** Martines et al v. Vivint Solar

**Case No.:** 19-12058 - B - 13
**Adv No.:** 19-01116

**Docket Control No.**
**Date:** 02/12/2020
**Time:** 11:00 AM

**Matter:** Continued Status Conference Re: Complaint - [1] - (14 (Recovery of money/property - other)) : Complaint 19-01116 by Richard Martines, Dawn Martines against Vivint Solar. (Fee Amount of $350.00 is Exempt.) (eFilingID: 6603051) (lars)

**Judge: René Lastreto II**
**Courtroom Deputy: Debbie Chavez**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
Plaintiff's Attorney - Nancy D. Klepac
**Respondent(s):**
Defendant's Attorney - Don J. Pool

---

**CIVIL MINUTES**

Status conference Dropped from calendar

Pursuant to the parties' representations, the matter has been settled. Therefore, the status conference was dropped from calendar awaiting the settlement agreement.